UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANGEL MENDEZ,

                    Plaintiff,

                                                                                              No. 11-CV-961

       -v-

KNOBLACH, Sgt., Onieda Correctional Facility;
MASNER, Correctional Officer, Onieda
Correctional Facility; and TIMOTHY COLLINS,
Correctional Officer, Onieda Correctional Facility,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                               OF COUNSEL:

ANGEL MENDEZ
Plaintiff pro se
05-A-5320
Wende Correctional Facility
Regional Medical Unit
P.O. Box 1187
Alden, NY 14004

HON. ERIC T. SCHNEIDERMAN               CHRISTOPHER W. HALL, ESQ.
Attorney General for the State of New York      Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

    Pro se plaintiff Angel Mendez brought this action pursuant to 42 U.S.C. § 1983.

Subsequently, plaintiff died and his wife, Carmen Mendez, attempted to substitute herself as

plaintiff and continue the action on her deceased husband's behalf. On September 17, 2013, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that Ms. Mendez's motion to substitute be denied. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Ms. Mendez's motion to substitute is DENIED; and

2. This case is DISMISSED for failure to substitute within 90 days after service of the statement noting the death of plaintiff Angel Mendez pursuant to Federal Rule of Civil Procedure 25(a).

The Clerk is directed to serve a copy of this Decision and Order upon defendants and Carmen Mendez.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 26, 2013
Utica, New York.